UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| JENNYFER SORDILLO,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT GROEZINGER; WILLIAM P. BACHANT, *Trustee of Billy Harbor Realty Trust*; INTERNAL REVENUE SERVICE; MASSACHUSETTS DEPARTMENT OF REVENUE; and UNITED STATES OF AMERICA,<br><br>Defendants. | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | Civil Action No. 25-cv-12510-ADB |

## MEMORANDUM AND ORDER

BURROUGHS, D.J.

This interpleader action was brought by Bristol County Savings Bank ("BCSB"), which alleged that a March 2025 foreclosure generated surplus proceeds of $96,120.07 that needed to be allocated among the following parties: (1) Robert Groezinger and Jennyfer Sordillo, the holders of the equity of redemption in the foreclosed property; (2) William P. Bachant, trustee of Billy Harbor Realty Trust, which held a certificate of entry to the property and a private mortgage on the property; (3) the United States Internal Revenue Service, which held a federal tax lien on the property; and (4) the Commonwealth of Massachusetts Department of Revenue, which held a tax lien and two child-support liens on the property.  [ECF No. 1-1 at 2–3].

The action was filed in Massachusetts state court on July 29, 2025, see [ECF No. 1-1 at 4], and the United States removed to this Court on September 9, 2025.  [ECF No. 1].  On September 22, 2025, the Court accepted deposit of the interpleaded funds and re-aligned the parties, dismissing BCSB and designating Sordillo as Plaintiff, consistent with a previous order of the Massachusetts Superior Court.  [ECF No. 6 at 1].  On January 20, 2026, the United States answered the complaint and asserted a crossclaim against Groezinger.  [ECF No. 10].  On February 11, 2026, the United States requested an entry of default against Bachant, Groezinger, and Sordillo, [ECF No. 11], which the clerk entered on February 12, 2026, [ECF Nos. 12, 13, 14].  On March 24, 2026, the United States separately requested an entry of default against Groezinger on the United States' crossclaim, [ECF No. 19], which the clerk entered the same day, [ECF No. 21].

Now before the Court are the United States' motion for default judgments against Groezinger and Bachant, [ECF No. 22], and an amended joint agreement for judgment filed by the United States, the Massachusetts Department of Revenue, and Sordillo, [ECF No. 25].  Upon review of the filings, the motion for default judgment is **GRANTED** and the joint agreement for judgment is approved.  The Court **ORDERS** and **ENTERS JUDGMENT** as follows:

(1)  Groezinger shall take nothing from the interpleader fund;

(2)  Bachant shall take nothing from the interpleader fund;

(3)  the Clerk shall pay to the United States of America, by wire, $49,513.05, representing $46,265.87 from Groezinger's share of the surplus proceeds in satisfaction of Groezinger's tax liabilities for tax years 2012, 2013, and 2014; and $3,247.18 from Sordillo's share of the surplus proceeds in satisfaction of her tax liabilities for tax years 2021 and 2022;

(4) the Clerk shall pay to the Massachusetts Department of Revenue, by check,[1]

$1,794.17 from Groezinger's share of the surplus proceeds in partial satisfaction of

state child support liability assessed on December 3, 2015; and

(5) the Clerk shall pay to Sordillo, by check,[2] $44,812.85, plus any interest that has

accrued on the interpleaded funds.

The interpleaded funds having been disposed of, this action is **<u>DISMISSED</u>**.

        **SO ORDERED.**

May 21, 2026                           */s/ Allison D. Burroughs*
                                        ALLISON D. BURROUGHS
                                        U.S. DISTRICT JUDGE

---

[1] The check will be addressed to:
      MA Department of Revenue
      Child Support Services Division
      P.O. Box 55144
      Boston, MA 02205.
[2] The check will be addressed to:
      Jennyfer Sordillo
      28 Mirasol Drive
      Buzzards Bay, MA 02532.